| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

MICHAEL ANGEL GONZALES, §
               §
  Plaintiff,         §
               §
*versus*            §  CIVIL ACTION NO. 9:22-CV-82
               §
KORIE BAUGH, *et al.*,      §
               §
  Defendants.        §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Michael Angel Gonzales, a prisoner previously confined at the Wainwright Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, brought this civil rights action pursuant to 42 U.S.C. § 1983 against Korie Baugh, Christopher A. Farrell, Kurtis D. Pharr, Shanitra Dennis, Felisa D. Womack, Penelope Dorson, Gabrielle D. Lovelady, Deborah A. Phillips, Kivika Brumble, Marcus D. Brown, Shelly R. Soutter, Joshua T. Land, and unidentified defendants. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On October 18, 2022, the magistrate judge entered a Report and Recommendation in which he recommended denying Defendants' Motion to Dismiss. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#18) is **ADOPTED**. Defendants' Motion to Dismiss (#15) is **DENIED**.

SIGNED at Beaumont, Texas, this 6th day of February, 2023.

*Marcia A. Crone*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE