| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

MICHAEL ANGEL GONZALES, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 9:22-CV-82
§
KORIE BAUGH, *et al.*, §
§
    Defendants. §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Michael Angel Gonzales, a prisoner previously confined at the Wainwright Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Korie Baugh, Christopher A. Farrell, Kurtis D. Pharr, Shanitra Dennis, Felisa D. Womack, Penelope Dorson, Gabrielle D. Lovelady, Deborah A. Phillips, Kivika Brumble, Marcus D. Brown, Michael S. Brown, Shelly R. Soutter, Joshua T. Land, and unidentified Defendants.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On June 16, 2023, the magistrate judge recommended granting Defendants' motion for summary judgment. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#35) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 1st day of August, 2023.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE